UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS JAMES HUNTER                                    CIVIL ACTION

VERSUS                                                 NO. 24-702

WARDEN DEAR                                            SECTION M (1)

**ORDER**

    Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

    IT IS ORDERED that Thomas James Hunter's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE as time-barred.

    New Orleans, Louisiana, this 22nd day of November, 2024.

                                                 BARRY W. ASHE
                                                 UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 25.